IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA SCOTT TAYLOR, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | No. 3:26-cv-3213-M-BN |
| | § | |
| CITY OF DALLAS, ET AL., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. ECF No. 9. Objections were filed. ECF No. 10. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DISMISSES** the amended complaint on its own motion and **DENIES AS MOOT** Defendant Dallas County, Texas's later filed motion to dismiss that pleading. ECF No. 11.

But, considering Plaintiff Joshua Scott Taylor's request in his objections to identify unknown individual defendants, *see* ECF. No. 10 at 2–3, the Court **GRANTS LEAVE** for Taylor to file by December 4, 2026, a second amended complaint to the extent that Taylor intends to allege claims against individual defendants, *cf. Green*

*v. Doe*, 260 F. App'x 717, 719 (5th Cir. 2007) (per curiam) ("Although the use of a 'John Doe' is disfavored, it serves the legitimate function of giving a plaintiff the opportunity to identify, through discovery, unknown defendants." (citing *Colle v. Brazos Cnty., Tex.*, 981 F.2d 237, 243 n.20 (5th Cir. 1993))).

If a second amended complaint is timely filed, this case will remain referred to the Magistrate Judge for further pretrial management.

If Taylor fails to file a timely second amended complaint alleging claims against individual defendants, the Court will, without further notice, enter a final judgment dismissing this lawsuit with prejudice.

**IT IS SO ORDERED** this 4th day of November, 2026.

Kasdin M. Mitchell

KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE